BENJAMIN B. WAGNER
United States Attorney
MATTHEW MORRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

**FILED**
MAR 29 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-0126 MCE |
| Plaintiff, | VIOLATIONS: 18 U.S.C. § 1591(a)(1) - Sex Trafficking of a Child by Force, Fraud, and Coercion; 18 U.S.C. § 1594(d) - Criminal Forfeiture |
| v. | |
| MARQUIST PIERE BRADFORD, | |
| Defendant. | |

# I N D I C T M E N T

The Grand Jury charges: T H A T

MARQUIST PIERE BRADFORD,

defendant herein, between on or about January 18, 2012 and on or about February 5, 2012, in the State and Eastern District of California, in and affecting interstate commerce, knowingly did recruit, entice, harbor, transport, provide, obtain, and maintain by any means, a person, specifically: a 15-year-old female identified as "J.R.", knowing that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause the person to engage in a commercial sex act, and knowing that the

person had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Section 1591(a)(1).

FORFEITURE ALLEGATION: [18 U.S.C. § 1594(d) - Criminal Forfeiture]

1. Upon conviction of the offenses alleged in this Indictment, defendant MARQUIST PIERE BRADFORD shall forfeit to the United States pursuant to Title 18, United States Code, Section 1594(d), all his interest as follows: in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violations, and any property, real or personal, constituting or derived from, any proceeds that such person obtained, directly or indirectly, as a result of such violations.

2. If any property subject to forfeiture as a result of the offense alleged in this Indictment:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of

///
///
///

said defendant up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA
FOREPERSON

BENJAMIN B. WAGNER
United States Attorney

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
*vs.*

### MARQUIST P. BRADFORD

## I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 1591(a)(1) - Sex Trafficking of Children by Force, Fraud, and Coercion; 18 U.S.C. § 1594(d) - Criminal Forfeiture

*A true bill,*

_____/S/_____
*Foreman.*

*Filed in open court this* __29__ *day*

*of* __MARCH__, *A.D. 20* __12__

_____
*Clerk.*

Bail, $ _____   **WARRANT: NO BAIL PENDING HEARING**

GPO 863 525

## **PENALTY SLIP**

## **MARQUIST P. BRADFORD**

### **COUNT 1**

VIOLATION: 18 U.S.C. § 1591(a)(1) - Sex Trafficking of Children by Force, Fraud and Coercion

IMPRISONMENT: Not less than 15 years imprisonment, and up to life

FINE: Up to $250,000

SUPERVISED
RELEASE  Not less than 5 years, and up to life

CRIMINAL
FORFEITURE  As alleged in the Indictment

SPECIAL
ASSESSMENT:  $100.00