1 | BENJAMIN B. WAGNER
Acting United States Attorney
2 | MATTHEW G. MORRIS
Assistant United States Attorneys
3 | 501 I Street, 10th Floor
Sacramento, California 95814
4 | Telephone: (916) 554-2758

**FILED**

APR 1 1 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK



5

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        ) Case No.  2:12-CR-0126 MCE
                                     )
12 |                  Plaintiff,     ) APPLICATION TO UNSEAL ARREST
                                     ) WARRANT, INDICTMENT, PETITION TO
13 |        v.                       ) SEAL, ORDER AND SEALING ORDER;
                                     ) [PROPOSED] ORDER
14 | MARQUIST PIERE BRADFORD,        )
                                     )
15 |                  Defendant.     )
                                     )
16 | _____)

17                           ORDER

18 Upon application of the Government, and good cause appearing

19 therefore, IT IS HEREBY ORDERED that the arrest warrant,

20 indictment, petition to seal, order, sealing order, and any other

21 documents sealed pursuant to the Court's March 29, 2012, order

22 for the captioned matter be UNSEALED.

23

24 Date: _April 11, 2012_

25

26 **GREGORY G. HOLLOWS**

27                       HONORABLE GREGORY G. HOLLOWS
                        United States Magistrate Judge

28