MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
Marquist Bradford

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARQUIST BRADFORD,<br><br>Defendant. | Case No.: 2:12-CR-00126 MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |

It is hereby stipulated between the parties, Matt Moorse, Assistant United States Attorney, and Michael Chastaine, attorney for Marquist Bradford, that the status conference date of Thursday, August 29, 2013 should be continued until Thursday September 26, 2013. The continuance is necessary as counsel for Mr. Bradford is still reviewing discovery, meeting with the client and investigating information as well as researching various possible resolutions. Further, counsel for the government and defense are exploring settlement possibilities.

IT IS STIPULATED that the period of time from the August 29, 2013 up to and including September 29, 2013 be excluded in computing the time within which the trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7) and

Local Code T4, for ongoing preparation of counsel. It is further stipulated that the need for a continuance and continued counsel preparation outweighs the interests of the public and the defendant in a speedy trial.

Dated: August 26, 2013  By: ____/s/ Michael Chastaine
MICHAEL CHASTAINE
Attorney for Marquist Bradford

Dated: August 26, 2013  BENJAMIN B. WAGNER
United States Attorney

By: /s/ Michael Chastaine for Matt Moorse___
MATT MOORSE
Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Thursday, August 29, 2013 at 9:00 a.m. be **continued to Thursday, September 26, 2013 at 9:00 a.m.** in Courtroom 7, and that the period from August 29, 2013 to September 26, 2013 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4. The Court finds that the need for a continuance and continued counsel preparation outweighs the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: August 27, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT